

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2014

No. 04-13-00870-CV

Frank **HERRERA,** Jr.,
Appellant

v.

**TEXAS STATE BOARD OF PLUMBING EXAMINERS,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18829
Honorable Dick Alcala, Judge Presiding

# O R D E R

Appellant filed his notice of accelerated appeal on December 12, 2013. The reporter's record was originally due on December 23, 2013. On January 3, 2014, we notified the court reporter that the reporter's record was late, and to either file a Notification of Late Record within ten days or the reporter's record within thirty days. To date, neither the reporter's record nor a Notification of Late Record has been filed.

It is therefore ORDERED that court reporter Judy Stewart file the reporter's record in this court no later than **March 1, 2014**. If the reporter's record is not received by such date, an order may issue directing Ms. Stewart to appear and show cause why she should not be held in contempt for failing to file the record. The clerk of this court is instructed to cause a copy of this order to be served on Ms. Stewart by certified mail, return receipt requested, with delivery restricted to addressee only, or to give other personal notice of this order with proof of delivery.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court